perfectly clear that plaintiff has developed all the facts bearing upon the controversy, the complaint will be dismissed, with appropriate costs in the court below. All concur.

Anna TODJOWSKI, respt., v. INTERNATIONAL RAILWAY CO., applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Judgment and order affirmed with costs. All concur.

Beulah H. TOMPERS v. Julius N. TOMPERS. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

TOWN OF NORTH HEMPSTEAD, respondent, v. Louise H. LEEDS, appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1915.) Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs; trial changed to Kings county. While jurors, intelligent, conscientious, and impartial, may be had in Nassau county, utterances in public prints and posters and the agitation resulting in the recent local election, with the wide interest in town litigations for recovery of shore frontage, make it safer to hold this trial in another county, wholly removed from any local feeling. Jenks, P. J., and Carr, Stapleton, Mills, and Putnam, JJ., concur.

Ethel TRAUB, respondent, v. THE CITY OF NEW YORK, appellant. (Supreme Court, Appellate Division, Second Department. June 2, 1916.) Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the verdict was against the greater weight of the evidence. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

In the Matter of the election of the TRUSTEES OF THE SHILOH BAPTIST CHURCH. Petition of Henry SCOTT et al. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Order affirmed, with $10 costs and disbursements. New election ordered to be held July 11, 1916, at 9 p. m. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Rich, JJ., concur.

Nicholas TURCHIN, plaintiff, v. MATHESON LEAD COMPANY, defendant. (Supreme Court, Appellate Division, Second Department. June 2, 1916.) Motion to resettle order granted.

Celie G. TURNER, Respt., v. CRYSTAL FILM CO., Applt. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Judgment and order reversed, with costs, and complaint dismissed, with costs. No opinion. Order filed.

Benjamin TUSKA v. HELLER, HIRSH & CO. et al. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Motion denied, with $10 costs. Order filed.

Giuseppe TUZZEO, suing, etc., Applt., v. AMERICAN BONDING CO. OF BALTIMORE, Respt. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

TWENTY-THIRD WARD BANK OF THE CITY OF NEW YORK, Appellant, v. Frederick A. BROHMER and Charles Brohmer, Respondents. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Appeal from Trial Term, New York County. Judgment for defendant, and from it, and an order denying new trial, plaintiff appeals. Reversed, and new trial ordered.

PER CURIAM. The judgment and order appealed from are reversed, and a new trial ordered, with costs to the appellant to abide event, upon the ground that the verdict is against the evidence, and the finding that the bank had notice of the dissolution of the partnership is reversed.

DOWLING, J., dissenting, and voting for affirmance.

William G. TYLER, respt., v. HOUCK MFG. CO., imp., etc., applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Judgment and order reversed, with costs and complaint dismissed, with costs. Held, that there is a failure of proof of actionable negligence on the part of the defendant. All concur, except Kruse, P. J., and Foote, J., who dissent and vote for affirmance.

John TYRELL v. CITY OF NEW YORK (six cases). (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motions to dismiss appeals granted, with $10 costs in each. Orders filed.

Abram S. UNDERHILL, respondent, v. Esther WALLIN et al., defendants. Joseph Dubinsky, appellant. Actions Nos. 1 and 2. (Supreme Court, Appellate Division, Second Department. June 2, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P J., and Carr, Stapleton, Rich, and Putnam, JJ., concur.

Nicholaus J. UNGER, appellant, v. Mary A. NICOLL, respondent. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

UNION BANK OF BROOKLYN, respondent, v. Lida M. FLEITMANN, as administratrix, etc., of F. Augustus Heinze, deceased, appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1916.) Judgment affirmed, with costs, on authority of Union Bank v. Fleitman, 168 App. Div. 171, 153 N. Y. Supp. 929. Jenks, P. J., and Carr, Stapleton, Rich, and Putnam, JJ., concur.

UNITED PAPER BOARD CO., applt., v. IROQUOIS PULP AND PAPER CO., respt. (Supreme Court, Appellate Division, Third De-

artment. June 30, 1916.) Judgment affirmed, with costs. All concur, except Kellogg, P. J., and Woodward, J., dissenting.

UNITED STATES PRESS ASS'N v. FRANK PRESBREY CO. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motion denied, with $10 costs. Order filed.

UNITED STATES PRESS ASS'N, Respt., v. FRANK PRESBREY CO., Applt. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order reversed, and motion granted to the extent of striking out the following clause of the order for examination: "Also as to what papers in the states of Kansas and Minnesota with which defendant made contracts for the placing of American Tobacco Company advertising since said date and previous to the commencement of this action." No opinion. Settle order on notice, the date for the examination to proceed to be fixed in the order.

UNITED VAUDEVILLE CO., respt., v. Henry C. ZELLER et al., applts. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Appeal dismissed without costs upon stipulation filed.

Antonio VALENTI v. Henry MESINGER et al. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

Leonello VALENTI, an infant, etc., v. Henry MESINGER et al. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

Moses VALENTINE, Respt., v. Abraham COOPER, Applt. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

James M. VALIANDO, appellant, v. George H. OHNEWALD, respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Motion granted, with $10 costs.

Ida M. W. VAN HOUSEN, respt., v. A. Elias McCALL, applt. (Supreme Court, Appellate Division, Fourth Department. May 17, 1916.) Order affirmed with $10 costs and disbursements. All concur.

Mary VAN SALISBURY, appellant, v. BROOKLYN HEIGHTS RAILROAD COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Order unanimously affirmed, with costs. No opinion.

Henry VAN SCHAICK, Respt., v. CITY OF NEW YORK, Applt. (Supreme Court, Appellate Division, First Department. May 19, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

George C. VAN TUYL, Jr., as Supt., etc., v. Charles M. SCHWAB et al. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion denied, with $10 costs. Order filed.

In the matter of the application for the probate of a paper purporting to be the last will and testament of Gertrude Ann VAN WOERT, deceased. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Order unanimously affirmed, with costs.

Thomas VARLEY, respondent, v. O. J. MOUSSETTE COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Isabella T. VECCHIO, respt., v. UNITED TRACTION COMPANY, applt. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Judgment and order unanimously affirmed, with costs.

VITTORIA PIANO CO., Inc., v. COLOM. (Supreme Court, Appellate Term, First Department. May 19, 1916.) Appeal from Municipal Court, Borough of Manhattan, Ninth District. Judgment for plaintiff, entered after the close of plaintiff's case, defendant having withdrawn because of remarks made by the court during trial, and defendant appeals. Affirmed.

PER CURIAM. The action was brought to foreclose a lien upon a musical instrument which had been sold to defendant upon the installment plan. After plaintiff had proved his case, the record discloses the following: "Defendant's Counsel: I move to strike out the last part of the answer. Motion granted. Defendant's Counsel: I ask the stenographer to take on the record your honor's remark asking the plaintiff's attorney whether he had a special form of judgment and that your honor would sign it to-day. The Court: I said, if I rendered judgment, I would sign it to-day. Defendant's Counsel: Your honor did not so state. I ask that it be put on the record the way I stated it, and that the plaintiff's attorney said that he would have to go down to his office and prepare it there, and I refuse to proceed any further in this case, on the ground that your honor has shown partiality toward the plaintiff. Plaintiff's Counsel: If the defendant refuses to proceed, we rest. The Court: Is there any defense? Defendant's Counsel: I have stated my position, your honor, and I ask that my remarks appear on the record. The Court: Judgment for the plaintiff." There is nothing in the record, other than the above-quoted portion, showing that the court was prejudiced. As matter of fact, the rulings of the court were largely in favor of defendant. The appellant makes this statement in his brief: "Considering the entire